IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABLE HOME HEALTH, LLC, <br> on behalf of plaintiff and a class, <br><br> Plaintiff, <br><br> v. <br><br> SHARECARE, INC., and <br> THE LITTLE BLUE BOOK, INC., <br> and JOHN DOES 1-10, <br><br> Defendants. | 13 C 1876 <br><br> Judge Durkin <br> Magistrate Judge Brown |

## NOTICE OF DISMISSAL SHARECARE, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Able Home Health, LLC voluntarily dismisses its individual claims without prejudice and without costs against defendant ShareCare, Inc., as defendant has not yet filed an answer or a motion for summary judgment. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims without prejudice and without costs against defendant ShareCare, Inc.

                                                                              s/ Heather Kolbus
                                                                              Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on June 27, 2013, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notice of such filing to the following individual:

Blaine C. Kimrey (bkimrey@lathropgage.com)

I, Heather Kolbus, certify that on June 27, 2013, I caused a true and accurate copy of the foregoing document to served, via U.S. Mail, upon the following individual:

Bryan K. Clark
Lathrop & Gage, LLP
155 N. Wacker Drive
Suite 3050
Chicago, IL 60606


    s/   Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)