**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABLE HOME HEALTH, LLC, )<br>on behalf of plaintiff and a class, )<br>)<br>Plaintiff, )<br>) 13 C 1876<br>v. )<br>) Judge Durkin<br>) Magistrate Judge Brown<br>THE LITTLE BLUE BOOK, INC., )<br>and JOHN DOES 1-10, )<br>)<br>Defendants. ) | |

## **STIPULATION OF DISMISSAL**

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of plaintiff Able Home Health, LLC's individual claims against defendant The Little Blue Book, Inc. with prejudice and without costs. The putative class claims against defendant The Little Blue Book, Inc. are dismissed without prejudice and without costs. Plaintiff's individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Blaine Kimrey (w/ permission) |
| Daniel A. Edelman | Blaine Kimrey |
| Heather Kolbus | LATHROP & GAGE LLP |
| EDELMAN, COMBS, LATTURNER | 155 N. Wacker Drive |
| & GOODWIN, LLC | Suite 3050 |
| 120 S. LaSalle Street, 18th Floor | Chicago, IL 60606 |
| Chicago, IL 60603 | (312) 920-3300 |
| (312) 739-4200 | (312) 920-3301 (FAX) |
| (312) 419-0379 (FAX) | Counsel for Defendant |
| Counsel for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on September 5, 2013, I caused the foregoing document to be filed via the Court's CM/ECF system, which will cause notice of such filing to be sent to the following:

Blaine C. Kimrey (bkimrey@lathropgage.com)


    s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)