UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Able Home Health, LLC
          Plaintiff,

v.                   Case No.: 1:13−cv−01876
                  Honorable Thomas M. Durkin

Sharecare, Inc., et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 6,2013:

   MINUTE entry before Honorable Thomas M. Durkin: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff's individual claims against defendant The Little Blue Book, Inc. are dismissed with prejudice and without costs. The putative class claims ag ainst defendant The Little Blue Book, Inc. are dismissed without prejudice and without costs. Plaintiff's individual claims against John Does 1−10 are dismissed with prejudice and without costs. Motion to certify class [7] is denied as moot. Mo tion to certify class [28] is denied as moot. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.